Tanya SHEARIN, Defendant–Appellant,

v.

STATE of Missouri, Plaintiff–
Respondent.

No. 65167.

Missouri Court of Appeals,
Eastern District,
Division One.

May 24, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant, Tanya Shearin, appeals from the dismissal of her Rule 24.035 motion. The motion court found that defendant filed her motion more than ninety days after her delivery to the department of corrections and therefore she waived her right to seek post-conviction relief under Rule 24.035. *See* Rule 24.035(b).

The judgment of the motion court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment of the motion court is affirmed. Rule 84.16(b).

Elliot GREEN, Employee–Claimant,

v.

GENERAL MOTORS CORPORATION,
Employer–Respondent.

No. 65117.

Missouri Court of Appeals,
Eastern District,
Division One.

May 24, 1994.

Evan J. Beatty, Appleton, Kretmer, Levin & Beatty, St. Louis, for claimant.

John P. Zimmerman, St. Louis, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Claimant, Elliot Green, appeals from the final award of the Labor and Industrial Relations Commission which denied him compensation.

The award of the Commission is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value.

The award of the Commission is affirmed. Rule 84.16(b).